Commonwealth, Appellant, *v.* Bell Telephone Company of Pennsylvania.

Argued May 25, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Edward T. Baker,* Deputy Attorney General, with him *J. Shane Creamer,* Attorney General, for Commonwealth, appellant.

*Albert J. Tomalis, Jr.,* with him *Leon D. Metzger,* and *Metzger, Hafer, Keefer, Thomas and Wood,* for appellee.

*Thomas L. Wenger, Frank A. Sinon,* and *Rhoads, Sinon & Reader,* for amici curiae.

OPINION PER CURIAM, October 12, 1971:
Judgment affirmed. See *Commonwealth v. Equitable Gas Company,* 415 Pa. 113, 202 A. 2d 11 (1964).